Pablo Orzuna-Rojas, pro se
160 Elm Street
Greenfield, Ma. 01301

U.S. District Court
Office of the Clerk of Court
Federal Building & Courthouse
1550 Main Street
Springfield, Ma. 01103

Re: 05:30034 (MAP)

Dear Clerk,

    I am writing for two reasons; (1) I would like to know if you could advise me as to the status of my case; (2) I want to give you a change of addres; Pablo Orzuna-Rojas
    c/o Maria Orzuna-Rojas
    335 Union Ave.
    Brooklyn, N.Y. 11211

This address will be good after the 31st of March, 2005. I thank you for your time & consideration.

                    Pablo Orzuna-Rojas
                    Pablo Orzuna-Rojas, pro se