Clerk
United States District Court
Office of the Clerk of Courts
Federal Building & Courthouse
1550 Main Street
Springfield, Ma 01103

Re: Pablo Orzuna Rojas
 Vs.
 Superintendent Byron, et al,
 Civil Action No: 05-30034-MaP

Dear Clerk,

On February 2, 2005 I filed a Civil Action in this honorable court. Please send me a docket entry sheet back so I will know the status of this Action. There is a change of Address below. Thank you.
 I look forward to your response.

Date: May 16, 2005

Very truly yours
Pablo Ozuna
Pablo Orzuna Rojas
26 Long pond Rd
Plymouth, Ma 02360