UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO ORZUNA-ROJAS<br>     Plaintiff,<br>v.<br><br>SUPERINTENDENT BYRON,<br>ATTORNEY GENERAL JOHN ASHCROFT<br>and the IMMIGRATION AND<br>NATURALIZATION SERVICE<br>     Defendants. | CIVIL ACTION<br>NO. 05-30034-MAP |

FILED
IN CLERK'S OFFICE

2005 JUN -7  A 10: 54

U.S. DISTRICT C...
DISTRICT OF MASS

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the Defendants SUPERINTENDENT BYRON in the above-entitled action.

          Respectfully submitted,
          Commonwealth of Massachusetts
          By Its Attorney,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          _____
          William P. O'Neill  BBO#379745
          Assistant Attorney General
          Western Massachusetts Division
          1350 Main Street
          Springfield, MA 01103-1629
          (413)784-1240 FAX: 784-1244