United States District Court
District of Massachusetts (Springfield)
Civil Docket for case #: 3:05-cv-30034-MAP

Re: Pablo, Orzuna, Rojas.
#304939
Hartford, Correctional, Center.
177 Weston, Street.
Hartford, Conn. 06120

Petition writes this Honorable court to let this court know his new address. Thank you.
I look forward for hearing from you.
Very truly yours.

Pablo Ozuna

Pablo, Orzuna, Rojas.
#304939
Hartford, Correctional, Center.
177 Weston, Street.
Hartford, Conn. 06120

Date: 7-14-05.