United States District Court
Office of the Clerk
J. Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Sir / Madam

My name is Pablo Orzuna Ro Jas. Fm# 304929 I wrote to you previously to inform you that I'm incarcerated at Hartford Correctional Center. 177 Weston Street Hartford, Connecticut, 06120. I'm being held on Immigration Naturalization Services (INS) status.

My case has been before the courts for more than two (2) years. On August 03, 2005, Wednesday I sign letter of deportation, due to being tired of waiting, without knowledge when this will take place. And also my medical situation. Dealing with the results of a broken hand (right) and problems with my shoulder and back. It was previously stated by medical personnel of the prisons, that surgery would be required if physical therapy did not work. Now INS refuse to allow physical therapy. Where or what do we do from this point. Because of pain and suffering due to my medical situation, there is a Civil Matter before the courts.

Now with deportation at hand, if possible I wish to bring closure to these matters with

Page (1 of 2)

Compensation for pain & suffering, violation of Constitutional Rights. If an agreement can be reached, I would like compensation made to my Family (wife and children).

If final results are my being deported these compensation can be used for the support of my family members (wife and children. For the last twenty (20) year I worked in United States, to support my Family. Now there is no support finacially for them through me. My SS# is 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. Thanking you in Advance for all your Help in solving these matters. I will await your Reply.  P.S.: To contact my wife the information as follows:

Juana Orzuna
114 Greenwood Ave
Waterbury CT. 06704
(203) 755-6831

Very Truly Yours,

Pablo Orzuna

Pablo Orzuna Rojas
I/n # 304 929

Anne Valeriano
Notary Public
State of Connecticut
My Commission Expires
May 31, 2009

AValeriano 8/11/05

Note: Case No. #'s As Follows -
(1) Re: Pablo Orzuna-Rojas vs Superintendent Byron, ET AL
    Civil Action. No. 05-30034-MAP
(2) Re: Pablo Orzuna-Rojas A # 091-316-032
    vs - Tom Ridge as Sec. Homeland Security U.S.
    Civil No# 3:04 CV 391 (CRO)

Page (2 of 2)