UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PABLO ORZUNA ROJAS

V.                                CA NO:    05-30034-MAP

SUPERINTENDENT BYRON

## ORDER

September 19, 2005

On February 2, 2005 a petition for writ of habeas corpus pursuant to 28:2254 was filed by plaintiff above captioned case. A return of service was filed by the U.S. Marhal Service indicating service was made on March 29, 2005 to U.S. Customs and Immigration and on April 11, 2005 to Superintendent Byron. Since that date, no further action in this case has been taken. Therefore, counsel for defendant shall file a responsive pleading on or before October 10, 2005.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

BY   /s/Elizabeth A. French
     _____
     Elizabeth A. French
     Deputy Clerk