UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO ORZUNA-ROJAS<br>      Plaintiff,<br>v.<br>SUPERINTENDENT BYRON,<br>ATTORNEY GENERAL JOHN ASHCROFT<br>and the IMMIGRATION AND NATURALIZATION<br>SERVICE<br>      Defendants. | CIVIL ACTION<br>NO. 05-30034-MAP |

### DEFENDANT SUPERINTENDENT BYRON'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, the Defendant, Superintendent Byron moves this Court to enter summary judgment in his favor because the Plaintiff has failed to state a claim upon which relief can be granted.

In support of such Motion, the Defendants states that the Plaintiff Pablo Orzuna-Rojas is no longer a resident of Franklin County House of Corrections. The Plaintiff is barred from any injunctive relief. *See Affidavit of Sheriff Macdonald attached. Purvis v. Ponte*, 929 F .2d 822,825 (1st Cir. 1991) (holding that former inmate's action against prison officials was moot because he no longer resided at the prison) *Also see Patrick E. Dullen v. Sheriff Macdonald*, C.A. No. 05-30101-KPN and *Omar Marrero v. Franklin County, et al.*, C.A. No. 04-30230-KPN

Further, insofar as the Plaintiff's suit is brought against Superintendent Byron as a state administrator in his official capacity, it is barred under the Eleventh Amendment to the United States Constitution, which proscribes damage suits against states or its officials in their official capacities without their consent. *See Florida Prepaid Postsecondary Educ. Expense Bd. v. College Sav. Bank*, 527 U.S. 627, 634 (1999); *Hans v. Louisiana*, 134 U.S. 1,20 (1890) and *Greenless v. Almond*, 277 F.3d 601, 606-07 (1st Cir. 2002)

WHEREFORE, the Defendant Superintendent Byron respectfully requests that summary judgment be entered in his favor in the above-entitled action as the plaintiff has failed to state a claim upon which relief can be granted.

              Respectfully submitted,
              Commonwealth of Massachusetts
              By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, hereby certify that on August 10, 2005, I served a copy of the foregoing Table of Contents, Affidavit, and a Certificate of Service by first-class Mail, postage prepaid upon plaintiff pro se, Pablo Orzuna Rojas, 304929, Connecticut Correctional Facility - Hartford, 177 Weston Street, Hartford, Connecticut 06120

_____
William P. O'Neill
Assistant Attorney General

2