UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO ORZUNA-ROJAS<br><br>        Plaintiff,<br>v.<br><br>SUPERINTENDENT BYRON,<br>ATTORNEY GENERAL JOHN ASHCROFT<br>and the IMMIGRATION AND NATURALIZATION<br>SERVICE<br>        Defendants. | CIVIL ACTION<br>NO. 05-30034-MAP |

## AFFIDAVIT OF FRED MACDONALD AS SHERIFF OF FRANKLIN COUNTY HOUSE OF CORRECTIONS

I, Fred Macdonald, do hereby depose and state under oath as follows:

1. I am the Sheriff of Franklin County House of Corrections in Franklin County.

2. Pablo Orzuna-Rojas was incarcerated from July 8, 2004 to March 31, 2005.

3. Mr. Orzuna-Rojas is no longer being housed in the Franklin County House of Corrections.

This statement is made under the pains and penalties of perjury this 29th day of July 2005.

_____
Sheriff Fred Macdonald
Franklin County House of Corrections