UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PABLO ORZUNA-ROJAS,              )
  Petitioner                     )
                                 )
          v.                     )          Civil Action No. 05-30034-MAP
                                 )
SUPERINTENDENT BYRON, ET AL,)
  Respondents                    )

ORDER REGARDING
MOTION FOR SUMMARY JUDGMENT
(Docket No. 11)

November 15, 2005

PONSOR, D.J.

     Pursuant to this court's order of October 13, 2005, petitioner was required to file an opposition to the respondent's Motion for Summary Judgment no later than November 14, 2005.  Based upon the petitioner's failure to comply with the court's order, and to maintain contact with the court, the Motion for Summary Judgment is hereby ALLOWED.  The clerk shall enter judgment for all respondents.  This case may now be closed.

     It is So Ordered.

                                   /s/ Michael A. Ponsor
                                   MICHAEL A. PONSOR
                                   U. S. District Judge