UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PABLO ORZUNA-ROJAS,
    Petitioner(s)

v.      CIVIL ACTION: 05-30034-MAP

SUPERINTENDENT BYRON, ET AL
    Respondent(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for all the Respondents pursuant to the Order of the Court entered this date allowing the Respondent, Superintendent Byron's, motion for Summary Judgment.

    SARAH A. THORNTON,
    CLERK OF COURT

Dated November 15, 2005     By /s/ Mary Finn
    Deputy Clerk

(Judgment Civil.wpd - 11/98)     [jgm.]

Case 3:05-cv-30034-MAP    Document 16    Filed 11/15/2005    Page 2 of 2